# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-403
_____

ELLIS JAREL MCARTHUR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Stephen A. Pitre, Judge.

October 23, 2019

PER CURIAM.

AFFIRMED. *See McCrae v. State*, 267 So. 3d 470 (Fla. 1st DCA 2019); *Pedroza v. State*, 244 So. 3d 1128 (Fla. 4th DCA 2018).

WOLF, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Tabitha R. Herrera, Assistant Attorney General, Tallahassee, for Appellee.